# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| MAS Wholesale Holdings LLC | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-1294-PKC-VMS |
| NW Rosedale Inc, NW Coop City Inc, A&A Wholesale Holdings LLC, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NW Rosedal Inc, NW Coop City Inc, A&A Wholesale Holdings LLC, Mahammad Ashraf and Ajay Sarin.

Date: 07/08/2019

*Attorney's signature*

Sergei Orel, Esq., Bar #: 008862001
*Printed name and bar number*
Feigin & Fridman
469 7th Ave, New York, NY 10001

*Address*

sergei@patentlawny.com
*E-mail address*

212-316-0381
*Telephone number*

973-767-1292
*FAX number*