IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAS WHOLESALE HOLDINGS LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>NW ROSEDALE INC., NW CO OP CITY INC. a/k/a NW OF CO OP CITY LLC, A&A WHOLESALE HOLDINGS LLC, MAHAMMAD ASHRAF, and AJAY SARIN,<br><br>　　　　　　　　　　Defendants. | Document Filed Electronically<br><br>Civil Action No.: 1:19-cv-1294-PKC-VMS |

**ORDER TO SHOW CAUSE—CIVIL CONTEMPT AGAINST ALL DEFENDANTS**

WARNING:  YOUR FAILURE TO APPEAR IN COURT MAY RESULT IN YOUR IMMEDIATE ARREST AND IMPRISONMENT FOR CONTEMPT OF COURT. THE PURPOSE OF THIS HEARING IS TO PUNISH ALL DEFENDANTS FOR A CONTEMPT OF COURT, AND SUCH PUNISHMENT MAY CONSIST OF FINE OR IMPRISONMENT, OR BOTH.

Upon the Declarations affirmed under penalties of perjury by Noah Rosen and by Kyle A. Seiss, Esq. on the 4th day of January, 2021, all exhibits thereto, and accompanying Memorandum of Law, Plaintiff, MAS Wholesale Holdings LLC has filed the attached application charging the Defendants with civil contempt of this Court's Consent Decree in MAS Wholesale Holdings LLC v. NW Rosedale Inc., et al, Civil Action No. 1:19-cv-1294, entered April 14, 2020 and alleging that Defendants have violated said Consent Decree, and

It appearing to this Court that good cause has been shown therefore, it is hereby

ORDERED that Defendants NW Rosedale Inc., NW Co Op City Inc. a/k/a NW Of Co Op City LLC, A&A Wholesale Holdings LLC, Mahammad Ashraf, and Ajay Sarin show cause if any there be before this Court, at Room _____, United States Court House, 225 Cadman Plaza East, in Kings County and State of New York on _____, 20_____, at _____ o'clock in the _____noon thereof, why they should not be adjudged to be in civil contempt of this Court by reason of their violation of the aforesaid Consent Decree, and why appropriate remedies should not be ordered by this Court, including but not limited to sanctions, damages, accounting, disgorgement, attorneys' fees and costs, injunctive relief, and such other and further relief as the Court deems just, equitable, and proper.

Sufficient cause appearing therefore, let service of a copy of this Order, together with a copy of the Declarations, Memorandum of Law, and all exhibits and supporting papers thereto annexed and filed herein, be made forthwith on or before the _____ day of _____, 20_____ on Defendants' counsel by _____ pursuant to Fed. R. Civ. P. 5(b)(1) and Local Civil Rule 83.6.

Entered this _____ day of January, 2021, at Brooklyn, New York.

_____

UNITED STATES DISTRICT JUDGE