# Michael J. Feigin, Esq.
## FEIGIN AND FRIDMAN, LLC
*1037 Route 46 East, Suite 107 • Clifton, NJ  07013*
PHONE *(973) 685-5280* • FAX *(973) 767-1292*
E-MAIL: michael@PatentLawNY.com  •  WEB: PatentLawNY.com
LICENSED TO PRACTICE IN NEW YORK, NEW JERSEY, AND BEFORE THE U.S. PATENT OFFICE

April 15, 2021

**VIA: ECF**

Hon. Pamela K. Chen, U.S.D.J.
US District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4F
Brooklyn, NY 11201

Cc: All Counsel via ECF

    Re:   MAS Wholesale Holdings LLC v. NW Rosedale, Inc., et al.
    Case No.:   1:19-cv-1294-PKC

Dear Your Honor,

This office represents the defendants in the above-captioned matter.

Please extend the time for the undersigned to submit a Pro Has Vice motion to this Court, as the NJ Board of Bar Examiners has not yet sent me the original certificate of good standing, which I requested previously.

I have telephoned the NJ Board of Bar Examiners to check on the status of my request for a certificate of good standing, but no one is picking up the phone there, probably because the Board is working in the Covid regime. I will keep trying to contact the Board again and in the coming days, to ensure that they send me the original good standing certificate finally as soon as possible and I will file the same day a motion for pro hac vice admission and will file a response to the Order to Show Cause.

Therefore, please adjourn the deadline for my response to the Order to Show Cause by ten (10) days to April 26, 2021 to allow for a receipt of the original certificate of good standing.

Many thanks for your courtesies.

Sincerely,
Feigin and Fridman, LLC
Attorneys for Defendants

/Sergei Orel/

Sergei Orel, Esq.
Attorney at Law
sergei@patentlawny.com
Tel: 201-491-1464